AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
v.
Jose Antonio MORALES-REYNA

**CRIMINAL COMPLAINT**

Case Number: M-26-0475-M

IAE   YOB: 1997
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **February 8, 2026** in **Hidalgo** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jose Antonio MORALES-REYNA was encountered by Border Patrol Agents near Hidalgo, Texas, on February 8, 2026. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on February 8, 2026, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 1, 2019, through Laredo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA R. Guerra
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 9, 2026     @6:04p.m.

/s/ Isaac Compean
**Signature of Complainant**
Isaac Compean, Border Patrol Agent

Juan F. Alanis                , U.S. Magistrate Judge
**Name and Title of Judicial Officer**      Signature of Judicial Officer